IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONE L. A. KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-1455-M |
| | ) | |
| JOAN MORGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 16, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court deny plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and dismiss plaintiff's cause of action without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by January 5, 2012. On December 27, 2011, plaintiff has filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 16, 2011,

(2) DENIES plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [docket no. 2], and

(3) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 9th day of January, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE